FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NYLA R. FISCHER,<br><br>           Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA; SAFECO INSURANCE COMPANY OF AMERICA,<br><br>           Defendants. | No. 4:23-CV-00051-MKD<br><br>Order on Stipulated Motion for Order of Dismissal with Prejudice and Without Costs<br><br>**ECF No. 12** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal with Prejudice and Without Costs, ECF No. 12.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared.  The parties stipulate and agree to the dismissal of this action in its entirety with prejudice, each party to bear their own attorney's fees and costs.  The stipulation is signed by all parties who have appeared.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

2. Any pending motions are **DENIED as moot**.

3. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED March 31, 2023.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2